The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN DOUGLAS, an individual,

Plaintiff,

v.

EMPLOYBRIDGE, LLC, a California Limited Liability Company; EMPLOYMENT SOLUTIONS MANAGEMENT, INC., a Georgia corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:18-cv-01215-JLR

STIPULATED MOTION TO CONTINUE TRIAL UNTIL END OF TRIAL CALENDAR AND EXTEND ALL UNEXPIRED PRETRIAL DEADLINES

*Noted For Consideration:*
October 8, 2019

Pursuant to Federal Rule of Civil Procedure 6(b), Local Civil Rule 16(b)(5), and the Court's Order dated October 1, 2019 (ECF No. 16), Defendants and Plaintiff (collectively, "the parties") hereby stipulate to and jointly request that the trial in the instant action be reset to the end of the Court's trial calendar and all pre-trial deadlines be adjusted accordingly. In support of this Motion, the parties state as follows:

1. Pursuant to the Court's November 27, 2018 Minute Order Setting Trial Date and Related Dates, trial for this matter is currently set for February 24, 2020. *See* ECF No. 8.

2. The parties wish to continue the trial date for the reasons set forth in their prior stipulated motions to continue trial. ECF Nos. 13, 15.

STIPULATED MOTION TO CONTINUE TRIAL & EXTEND
ALL UNEXPIRED PRETRIAL DEADLINES - 1
4839-0716-9449.1 089317.1040
2:18-CV-01215-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

3. In its order dated October 1, 2019, the Court informed the parties that "maintaining the current trial date or moving to the end of the Court's trial calendar are the only two options." ECF No. 16. Accordingly, the parties wish to inform the Court of their desire to move the trial in the instant action to the end of the Court's trial calendar, and to reset all pretrial deadlines which were unexpired as of the date of the parties' first stipulated motion to continue trial, including:

(a) The expert disclosure deadline;

(b) The discovery motions deadline;

(c) The discovery deadline;

(d) The dispositive motions deadline;

(e) The settlement conference deadline;

(f) The motions in limine deadline;

(g) The agreed pretrial order deadline;

(h) The deposition designation deadline

(i) The pretrial conference date; and

(j) The trial brief deadline.

For scheduling purposes, the parties and/or their counsel have conflicts on the following week: February 1, 2021.

//
//
//
//
//
//
//
//

STIPULATED MOTION TO CONTINUE TRIAL & EXTEND
ALL UNEXPIRED PRETRIAL DEADLINES - 2
4839-0716-9449.1 089317.1040
2:18-CV-01215-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

Dated: October 8, 2019

| | |
|---|---|
| *s/Kevin P. Smith* | *s/ Kellie A. Tabor* |
| Kevin Smith, WSBA #48578 | Kellie A. Tabor, WSBA #46260 |
| Defiance Law PLLC | Ktabor@littler.com |
| 1115 Tacoma Ave. S. | M. Kathryne Bosbyshell, WSBA #47469 |
| Tacoma, WA 98402 | kbosbyshell@littler.com |
| Tel: (253) 507-4769 | LITTLER MENDELSON, P.C. |
| k.smith@defiance.law | One Union Square |
| | 600 University Street, Suite 3200 |
| | Seattle, WA 98101.3122 |
| Attorneys for Plaintiff | Phone: 206.623.3300 |
| ~~KATHLEEN DOUGLAS~~ | Fax:    206.447.6965 |
| | |
| | Attorneys for Defendants |
| | EMPLOYBRIDGE, LLC and |
| | EMPLOYMENT SOLUTIONS |
| | MANAGEMENT, INC. |

STIPULATED MOTION TO CONTINUE TRIAL & EXTEND
ALL UNEXPIRED PRETRIAL DEADLINES - 3
4839-0716-9449.1 089317.1040
2:18-CV-01215-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is: One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on October 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiff**

Kevin Smith
Defiance Law PLLC
1115 Tacoma Ave. S.
Tacoma, WA 98402
Tel: (253) 507-4769
k.smith@defiance.law
anastasia@defiance.law

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Dated this 8th day of October, 2019.

    *s/ Karen Fiumano Yun*
    Karen Fiumano Yun
    kfiumano@littler.com
    **LITTLER MENDELSON, P.C.**

STIPULATED MOTION TO CONTINUE TRIAL & EXTEND
ALL UNEXPIRED PRETRIAL DEADLINES - 4
4839-0716-9449.1 089317.1040
2:18-CV-01215-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KATHLEEN DOUGLAS, an individual, | Case No. 2:18-cv-01215-JLR |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL UNTIL END OF TRIAL CALENDAR AND EXTEND ALL UNEXPIRED PRETRIAL DEADLINES |
| EMPLOYBRIDGE, LLC, a California Limited Liability Company; EMPLOYMENT SOLUTIONS MANAGEMENT, INC., a Georgia corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

This matter having come before the Court on the parties' Stipulated Motion to Continue Trial Until the End of the Court's Trial Calendar and Extend All Unexpired Pretrial Deadlines ("Stipulated Motion"), it is hereby **ORDERED** that the Stipulated Motion is **GRANTED**.

Dated this 9th day of October, 2019.

_____
THE HONORABLE JAMES L. ROBART

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL
& EXTEND ALL UNEXPIRED PRETRIAL DEADLINES - 1
4826-1447-2361.1 089317.1040
2:18-CV-01215-JLR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300